AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

SHANE WILSON

*Plaintiff(s)*

v.

ADISER ORLANDO LLC and BRAVOTAMPA LLC

*Defendant(s)*

Civil Action No. 2:26-cv-14497-AMC

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Adiser Orlando LLC
c/o Juan Carlos Pedraglio
450 S. Orlando Ave, Suite 200
Winter Park, FL 32789

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Mitchell Feldman, Esq.
Feldman Legal Group
12610 Race Track Rd, Suite 225
Tampa, FL 33626
(813) 639-9366
mfeldman@flandgatrialattorneys.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Angela E. Noble
Clerk of Court

Date: Nov 24, 2026

s/ K. Rivers
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

SHANE WILSON

*Plaintiff(s)*

v.

ADISER ORLANDO LLC and
BRAVOTAMPA LLC

*Defendant(s)*

Civil Action No. 2:26-cv-14497-AMC

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* BravoTampa LLC
c/o Corporation Service Company, Registered Agent
1201 Hays Street
Tallahassee, FL 32301-2525

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Mitchell Feldman, Esq.
Feldman Legal Group
12610 Race Track Rd, Suite 225
Tampa, FL 33626
(813) 639-9366
mfeldman@flandgatrialattorneys.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

SUMMONS

Date: Nov 24, 2026

Angela E. Noble
Clerk of Court

s/ K. Rivers

Deputy Clerk
U.S. District Courts